UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTE RAAPPANA,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. C23-5728-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Commissioner filed a motion for extension of time "for the reasons noted in the Declaration of [counsel.]" (Dkt. # 12 at 1.) The Commissioner failed to submit a declaration, however, instead submitting two copies of a proposed order. (*See* dkt. ## 12-1, 13.) Accordingly, the Commissioner is ORDERED to submit the declaration by **January 12, 2024**. The Commissioner's motion will be considered after submission of the declaration.

//

//

//

MINUTE ORDER - 1

Dated this 12th day of January, 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                        By: Tim Farrell
                                              Deputy Clerk

MINUTE ORDER - 2