UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTE RAAPPANA,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-5728-MLP<br><br>MINUTE ORDER |

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      The Commissioner has filed a motion styled as a stipulated motion to remand. (Dkt. # 16.) The motion, however, is not signed by both parties. (*See id.* at 2.) Accordingly, the motion (dkt. # 16) is STRICKEN without prejudice to refiling with both parties' signatures.

      Dated this 23rd day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

MINUTE ORDER - 1