UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTE RAAPPANA,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. C23-5728-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff's opening brief was filed November 10, 2023. (Dkt. # 7.) The Commissioner's responsive brief was due January 10, 2024. (Dkt. # 11.) On January 10, 2024, the Commissioner moved for an extension of time (dkt. # 12), which was denied for failure to show good cause. (Dkt. # 15.) On January 22, 2024, the Commissioner filed a stipulated motion to remand (dkt. # 16), which was stricken because it was not signed by both parties. (Dkt. # 17.) As of January 29, 2024, the Commissioner has not responded to Plaintiff's opening brief.

MINUTE ORDER - 1

Accordingly, on or before **February 2, 2024**, the Commissioner is ORDERED to file either: (1) a properly signed stipulated motion for remand; or (2) a responsive brief. If the Commissioner files a responsive brief, Plaintiff's optional reply brief is due within **14 days**.

Dated this 29th day of January, 2024.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2