UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONTE RAAPPANA,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5728-MLP

ORDER

      Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a new hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will give further consideration to the opinion evidence consistent with 20 C.F.R. § 416.920c, give further consideration to the residual functional capacity finding consistent with the reevaluation of the opinion evidence, and give further consideration to whether there are jobs in significant numbers in the national economy available to the claimant. The ALJ shall take any necessary action to complete the administrative record and the sequential evaluation, and issue a new decision. Plaintiff shall have the opportunity to submit new evidence.

ORDER - 1

Upon proper presentation, Plaintiff will be entitled to reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

Dated this 30th day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2